## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ORLANDO PADILLA-MIRANDA,

      Petitioner,

-vs-                                            Case No. 6:05-cv-828-Orl-19JGG

UNITED STATES OF AMERICA,

      Respondent.

_____

## **ORDER**

In light of the Court's Order of June 16, 2005 (Doc. No. 5), this case has been concluded, and the Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this __5th_____ day of July, 2005.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 7/5
Counsel of Record